# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

| | |
|---|---|
| MICHAEL SHANE WILMOTH )<br>ADC # 105408 )<br>    Petitioner, )<br> )<br>v. )<br> )<br>RAY HOBBS, Director, )<br>Arkansas Department of Correction )<br>    Respondent. ) | **Case No. 5:10-CV-00266 SWW-JTK** |

## **FINAL JUDGMENT**

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 29th day of May, 2012.

                                  /s/Susan Webber Wright
                                  United States District Judge