**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

| | | |
|---|---|---|
| MICHAEL SHANE WILMOTH | ) | |
| ADC # 105408 | ) | |
|     Petitioner, | ) | **Case No. 5:10-CV-00266 SWW-JTK** |
| | ) | |
| v. | ) | |
| | ) | |
| RAY HOBBS, Director, | ) | |
| Arkansas Department of Correction | ) | |
|     Respondent. | ) | |

**<u>FINAL JUDGMENT</u>**

In accordance with the Court's Order entered in this case on this date, IT IS CONSIDERED,

ORDERED, and ADJUDGED that the Complaint is DISMISSED WITH PREJUDICE.

SO ADJUDGED this 29th day of May, 2012.


<u>/s/Susan Webber Wright</u>
United States District Judge